HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar # 344683
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561

Attorneys for Defendant
JUAN SALGADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00077-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO ADVANCE INITIAL APPEARANCE AND ORDER** |
| JUAN SALGADO, | |
| Defendant. | |

The parties stipulate as follows:

1. A complaint was filed against the defendant on March 25, 2025, and he had his initial appearance on April 2, 2025. The Court continued the detention hearing and set a preliminary hearing on April 16, 2025.

2. At the detention hearing, the Court ordered the defendant released on conditions, but delayed his release until April 14, 2025, at the request of defense counsel.

3. On April 10, 2025, a grand jury filed a two-count indictment against the defendant on April 10, 2025.

///

///

///

1

4. Now, the parties have met and conferred and agreed to advance the April 16, 2025, status conference to April 14, 2025, for the defendant's arraignment on the indictment. The parties will set a status conference for July 9, 2025, and excluding time.

IT IS SO STIPULATED.

Dated:  April 11, 2025　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cody Chapple*
　　　　　　　　　　　　　　　　　　　　　　　Cody Chapple
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  April 11, 2025　　　　　　　　　　　　*/s/ Christina Corcoran*
　　　　　　　　　　　　　　　　　　　　　　　Christina Corcoran
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　Counsel for JUAN SALGADO

## ORDER

The Court has read and considered the parties' stipulation to advance the initial appearance on Mr. Salgado's indictment from April 16, 2025, to April 14, 2025, at 2:00 pm.

Therefore, for good cause shown:

1. The initial appearance is advanced from April 16, 2025, until **April 14, 2025, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

DATED:   APRIL 14, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**