1  MICHELE BECKWITH
   Acting United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,            | CASE NO. 1:25-CR-00077-KES-BAM
12 |                   Plaintiff,         |
13 |          v.                          | ~~STIPULATION TO ADVANCE PRELIMINARY~~
14 | JUAN SALGADO,                        | ~~HEARING; AND ORDER~~
15 |                   Defendant.         | ORDER TO CONTINUE STATUS CONFERENCE
16 |                                      |
17

18      The parties stipulate as follows:

19      1.    A complaint was filed against the defendant on March 25, 2025, and he had his initial

20 appearance on April 2, 2025. At the detention hearing, the Court released the defendant on conditions, but

21 delayed release until April 14, 2025. On April 10, 2025, a grand jury filed an indictment, charging the

22 defendant with two controlled substance-related counts. The defendant had his initial appearance on the

23 indictment on April 14, 2025, and was released from custody. Presently, a status conference is set for July

24 9, 2025, with time excluded to that date.

25      2.    The government produced initial discovery on April 14, 2025, and supplemental discovery

26 on June 3, 2025.

27      3.    Now, the parties have met and conferred and agreed to continue the July 9, 2025, status

28 conference to September 10, 2025, to further provide defense counsel with time necessary for defense

1

preparation and investigation, discovery review, and potential plea negotiations.

4. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from July 9, 2025, through September 10, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: July 2, 2025                                  MICHELE BECKWITH
                                                     Acting United States Attorney

                                                     */s/ Cody Chapple*
                                                     Cody Chapple
                                                     Assistant United States Attorney

Dated: July 2, 2025                                  */s/ Christina Corcoran*
                                                     Christina Corcoran
                                                     Kara Ottervanger
                                                     Federal Public Defender
                                                     Counsel for JUAN SALGADO

2

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from July 9, 2025, until **September 10, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from July 9, 2025, through September 10, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **July 2, 2025**              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

3