HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
Juan Salgado

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00077-KES-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| JUAN SALGADO, | |
| Defendant. | |

The parties stipulate as follows:

1. A complaint was filed against the defendant on March 25, 2025, and he had his initial appearance on April 2, 2025. At the detention hearing, the Court released the defendant on conditions, but delayed release until April 14, 2025. On April 10, 2025, a grand jury filed an indictment, charging the defendant with two controlled substance-related counts. The defendant had his initial appearance on the indictment on April 14, 2025, and was released from custody.

2. Presently, a status conference is set for December 10, 2025, with time excluded to that date.

3. The Government produced initial discovery on April 14, 2025, and supplemental discovery on June 3, 2025.

4. On July 24, 2025, the Government extended a plea offer to defense and will extend time to respond to allow for more time to discuss a pre-trial resolution.

1

5. Now, the parties have met and conferred and agreed to continue the December 10, 2025, status conference to February 25, 2026, to further provide defense counsel with time necessary for defense preparation and investigation, discovery review, and potential plea negotiations. Additional time is particularly necessary because Mr. Salgado has been participating in the Teen Challenge Program in Riverside, which has limited the time he has available to consult with his counsel about the case.

6. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from December 10, 2025, through February 25, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  December 3, 2025

ERIC GRANT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  December 3, 2025

*/s/ Christina Corcoran*
Christina Corcoran
Kara Ottervanger
Federal Public Defender
Counsel for JUAN SALGADO

# ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from December 10, 2025, until **February 25, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and
2. The period from December 10, 2025, through February 25, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **December 4, 2025**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3