HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JUAN SALGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00077-KES-BAM |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| JUAN SALGADO, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Juan Salgado, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Salgado is participating in the Teen Challenge residential program in Riverside, California, five hours away. He wishes to allow the Federal Defender's Office to proceed in his absence at the status conference set for February 25, 2026.

DATED: February 23, 2026

*/s/ Juan Salgado*
JUAN SALGADO
Defendant

DATED: February 23, 2026

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for JUAN SALGADO

# O R D E R

In light of Mr. Salgado's participation in the Teen Challenge residential program in Riverside, California, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings, including the February 25, 2026 status conference, until further order.

However, the Court notes that it prefers in person appearances. Thus, if Mr. Salgado leaves Teen Challenge, or if otherwise requested by the Court, Mr. Salgado may be required to appear in -person for proceedings in the future.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

Salgado: Rule 43 Waiver