HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN SALGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN SALGADO, <br><br> Defendant. | Case No. 1:25-cr-00077-KES-EPG <br><br> **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Juan Salgado, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Specifically, on June 1, 2026, this Court ordered Mr. Salgado to report to Teen Challenge for participation in its Restoration program.  In light of the Court's order and

to allow him to get settled into the program, Mr. Salgado requests that his attorneys proceed in his absence at the status conference set for June 10, 2026.

Respectfully submitted,

Date: June 1, 2026

/s/ Juan Salgado
JUAN SALGADO
Defendant

HEATHER E. WILLIAMS
Federal Defender

Date: June 1, 2026

/s/ Christina Corcoran
CHRISTINA CORCORAN
Assistant Federal Defender
Attorney for Defendant
JUAN SALGADO

## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings, including the June 10, 2026 status conference, until further order.

IT IS SO ORDERED.

Dated:   **June 3, 2026**

/s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE

Salgado- Request for Rule 43 Waiver

2