ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN SALGADO,<br>Defendant. | CASE NO. 1:25-CR-00077-KES-EPG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |

The parties stipulate as follows:

1. A complaint was filed against the defendant on March 25, 2025, and he had his initial appearance on April 2, 2025. At the detention hearing, the Court released the defendant on conditions, but delayed release until April 14, 2025. On April 10, 2025, a grand jury filed an indictment, charging the defendant with two controlled substance-related counts. The defendant had his initial appearance on the indictment on April 14, 2025, and was released from custody on conditions.

2. Presently, a status conference is set for August 12, 2026, with time excluded to that date.

3. The Government produced initial discovery on April 14, 2025, and supplemental discovery on June 3, 2025.

4. On July 24, 2025, the Government extended a plea offer to defense and will extend time to respond to allow for more time to discuss a pre-trial resolution.

5. On July 28, 2026, the government produced supplemental discovery.

6. In light of the recent production of supplemental discovery, the parties have met and conferred and agreed to continue the August 12, 2026 status conference to September 23, 2026, to further provide defense counsel with time necessary for defense preparation and investigation, supplemental discovery review, and potential plea negotiations.

7. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from August 12, 2026, through September 23, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: August 10, 2026

ERIC GRANT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: August 10, 2026

*/s/ Christina Corcoran*
Christina Corcoran
Kara Ottervanger
Federal Public Defender
Counsel for JUAN SALGADO

## ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the supplemental discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from August 12, 2026, until **September 23, 2026, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean**; and
2. The period from August 12, 2026, through September 23, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **August 11, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE