HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
KARA R. OTTERVANGER, Bar #354424
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN SALGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN SALGADO,<br><br>Defendant. | Case Nos. 1:25-cr-00077-KES-EPG<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Juan Salgado, that the Court may continue the change of plea hearing from November 16, 2026, to December 7, 2026.

The continuance is necessary for the parties to finalize certain terms of the plea agreement that will memorialize the parties' ongoing plea negotiations in this matter. The parties further stipulate that time shall be excluded through and including December 7, 2026, to allow for further defense preparation.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 13, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 13, 2026

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
KARA R. OTTERVANGER
Assistant Federal Defender
Counsel for Defendant
JUAN SALGADO

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the change of plea hearing currently scheduled for November 16, 2026, to **December 7, 2026, at 9:30 AM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff.**

Time is excluded for Speedy Trial Act purposes through December 7, 2026, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv), based on the court's finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 13, 2026

UNITED STATES DISTRICT JUDGE